Decision Per Curiam.

Bessie Sabie, Plaintiff in Error, vs. The State of Florida, Defendant in Error.

Writ of error to Criminal Court of Record, Duval County; John L. Doggett, Judge.

No appearance for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for

---
### Memorandum Decisions.
---

the plaintiff and the defendant takes writ of error. Dismissed for failure to file briefs and assignment of errors.

Decision Per Curiam.